IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUADA TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>GARDENS ALIVE, INC.,<br><br>　　　　　Defendant. | CASE NO. 1:17-cv-01497-RGA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Plaintiff Guada Technologies LLC and Defendant Gardens Alive, Inc., pursuant to FED. R. CIV. P. 41(a)(1), hereby stipulate to dismissal of all claims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

March 6, 2018

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

OF COUNSEL:
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff*
*Guada Technologies LLC*

FOX ROTHSCHILD LLP

*/s/ Kasey H. DeSantis*
Kasey H. DeSantis (#5882)
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19899
(302) 622-4205
kdesantis@foxrothschild.com

*Counsel for Defendant*
*Gardens Alive, Inc.*

**SO ORDERED**, this \_\_\_\_8\_\_\_\_ day of \_\_\_March\_\_\_\_, 2018.

_____
The Honorable Richard G. Andrews